# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Jared Belliel<br><br>　　　Plaintiff,<br>v.<br><br>Audubon Financial Bureau, LLC<br>　　　Defendant. | Case No. 13-cv-00723<br><br><br>**NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

　　　Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action without prejudice.  This notice is being filed before Defendant has filed an answer and therefore is appropriate for dismissal absent stipulation by all parties.


　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　Hyslip & Taylor, LLC, LPA

　　　　　　　　　　　　　　　　　　By:___/s/ Jeffrey S. Hyslip__
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Hyslip
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　917 W. 18th Street
　　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60608

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2013, I electronically filed the foregoing Notice.

Service of this filing will be made by the Plaintiff's Counsel upon the following:

Audubon Financial Bureau, LLC
200 John James Audubon Parkway
Suite 300
Amherst, NY  14228

/s/ Jeffrey Hyslip